**Paul S. BRUCE, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; P&O Ports Baltimore, Incorporated, formerly known as ITO Corporation of Baltimore, Respondents.**

No. 02–2333.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Sept. 2, 2003.

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner. Michael W. Prokopik, David J. Schmitz, Franklin & Prokopik, Baltimore, Maryland, for Respondents.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul S. Bruce seeks review of the Benefits Review Board's decision and order denying his motion to reconsider its order affirming the administrative law judge's finding that he had a two percent partial permanent disability of the right foot pursuant to § 8(c)(4) of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901–950 (2000). Our review of the record discloses that the Board's decision is rational, based upon substantial evidence, and in accordance with law.

Thus, the Board's decision is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Bruce v. Director, OWCP*, No. 01–756 (B.R.B. Sept. 23, 2002 & May 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*